AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>JOHN JACOB HASAY<br><br>*Defendant(s)* | Case No. 5:18MJ79 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/3/17 to 1/27/18__ in the county of __Luzerne__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a machinegun |
| 26 U.S.C. § 5861(d) | Possession of an unregistered firearm |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian Austin, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: August 22, 2018

_____
Judge's signature

Hon. Joseph Saporito, Jr., U.S. Magistrate Judge
Printed name and title

City and state: Wilkes-Barre, Pennsylvania