UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: No.
v. :
:
JOHN JACOB HASAY, :
    Defendant :

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### Illegal Possession of a Machine Gun
### 18 U.S.C. § 922(o)

From on or about October 22, 2017, through on or about August 23, 2018, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

JOHN JACOB HASAY,

did knowingly possess a machine gun, namely, a Glock 19 9mm bearing an auto sear, Serial No. BDCC352.

In violation of Title 18, United States Code, Section 922(o).

1

## FORFEITURE ALLEGATION

The allegations contained in Count One are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Section 922, the defendant,

### JOHN JACOB HASAY,

shall forfeit to the United States of America any firearms and ammunition involved in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

    a.    Glock 19 9mm bearing an auto sear, Serial No. BDCC352;

    b.    CAA Model G3, Micro Roni pistol carbine conversion bearing a scope;

    c.    IWI Model MP Uzi bearing a shortened barrel, Serial No. W1005825;

    d.    GSG Model 522 bearing a shortened barrel and a Black

and Brown optic, Serial No. A566778;

e. Charter Arms Model AR-7 Explorer bearing a shortened barrel, Serial No. A145952;

f. Mossberg Model 500A bearing a shortened barrel, Serial No. J387047;

g. I.O. Inc. Sporter bearing a suppressor, Serial No. 5030322;

h. two suppressors;

i. miscellaneous sawed-off rifle and shotgun barrels; and

j. miscellaneous ammunition and magazines.

3. If any of the forfeitable property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot

be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Date: Nov. 7, 2018

DAVID J. FREED
United States Attorney

By: _____

PHILLIP J. CARABALLO
Assistant United States Attorney